# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1380
LT Case No. 2022-CF-010788

_____

MINAS KARANGOLIAN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Minas Karangolian, Trenton, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Respondent.

October 6, 2023

PER CURIAM.

    The second amended petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 9, 2023 judgment and sentence rendered in Case No. 2022-CF-010788, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____